William Meyle, Respondent, v. Heinrich Uffmann, Appellant.— Judg-

ment of the County Court of Nassau county, and the final order of the Justice's Court, are reversed, and the proceedings dismissed, with costs, upon one ground, that the return does not show that the petition was served with the precept, and there is no evidence that such was the case to enable the return to be amended. Thomas, Stapleton, Mills and Putnam, JJ., concurred; Carr, J., not voting.